1  ELIZABETH A. STRANGE
   Acting United States Attorney
2  District of Arizona
   ERICA L. SEGER
3  Assistant U.S. Attorney
   State Bar No. 022681
4  CARIN C. DURYEE
   Assistant U. S. Attorney
5  United States Courthouse
   405 W. Congress Street, Suite 4800
6  Tucson, Arizona 85701
   Telephone: 520-620-7300
7  Email: erica.seger@usdoj.gov
           carin.duryee@usdoj.gov
8  Attorneys for Plaintiff

✓ FILED ____ LODGED
___ RECEIVED ___ COPY

2017 MAR -8 P 5: 44

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR 17 - 390   TUC RCC (BPV)

9       IN THE UNITED STATES DISTRICT COURT

10        FOR THE DISTRICT OF ARIZONA          VICTIM

11
12  United States of America,

              Plaintiff,          I N D I C T M E N T
13
       vs.                         Violation:
14
                                   18 U.S.C. §§ 2251(a) and (e)
15  Paul Douglas Adams,            (Production of Child Pornography)
                                   Counts 1-8
16             Defendant.
                                   18 U.S.C. §§ 2252(a)(2) and (b)(1)
17                                 (Distribution of Child Pornography)
                                   Count 9
18
                                   18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2)
19                                 (Possession of Child Pornography)
                                   Counts 10-11
20
21  **THE GRAND JURY CHARGES:**

22                          <u>COUNT 1</u>

23         On or about June 20, 2015, at or near Bisbee, in the District of Arizona, the

24  defendant, PAUL DOUGLAS ADAMS, did employ, use, persuade, induce, entice and

    coerce a person under the age of eighteen, to wit: M. A. (DOB: 2005), a minor child, to
25
    engage in sexually explicit conduct for the purpose of producing a visual depiction of such
26
    conduct, knowing and having reason to know that such visual depiction would be
27
    transported using any means and facility of interstate and foreign commerce, using
28
    materials that have been mailed, shipped, and transported in and affecting interstate and

foreign commerce by any means, including by computer, and the visual depiction was transported in and affecting interstate and foreign commerce, which visual depictions include but are not limited to:

"California Girl 5. 9%3a13.mp4"

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

Between on or about March 29, 2015 and on or about June 29, 2015, at or near Bisbee, in the District of Arizona, the defendant, PAUL DOUGLAS ADAMS, did employ, use, persuade, induce, entice and coerce a person under the age of eighteen, to wit: M. A. (DOB: 2015), a minor child, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions include but are not limited to:

"1440916662470.jpg"

"1440916663593.jpg"

"1440916645035.jpg"

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 3

Between on or about March 29, 2015 and on or about June 29, 2015, at or near Bisbee, in the District of Arizona, the defendant, PAUL DOUGLAS ADAMS, did employ, use, persuade, induce, entice and coerce a person under the age of eighteen, to wit: M. A. (DOB: 2005) and M. A. (DOB: 2015), minor children, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, using materials that have been mailed,

*United States of America v. Adams*
*Indictment Page 2 of 7*

shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions include but are not limited to:

"1440916658281.jpg"

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 4

On or about January 28, 2016, at or near Bisbee, in the District of Arizona, the defendant, PAUL DOUGLAS ADAMS, did employ, use, persuade, induce, entice and coerce a person under the age of eighteen, to wit: M. A. (DOB: 2005), a minor child, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions include but are not limited to:

"IMG_20160128_214720.jpg"

"IMG_20160128_214946 - Copy.jpg"

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 5

On or about January 29, 2016, in the District of Arizona, the defendant, PAUL DOUGLAS ADAMS, did employ, use, persuade, induce, entice and coerce a person under the age of eighteen, to wit: M. A. (DOB: 2005), a minor child, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions include but are not limited to:

"VID_20160128_215827.mp4"

All in violation of Title 18, United States Code, Section 2251(a) and (e).

1

**COUNT 6**

2      On or about August 3, 2016, at or near Bisbee, in the District of Arizona, the

3   defendant, PAUL DOUGLAS ADAMS, did employ, use, persuade, induce, entice and

4   coerce a person under the age of eighteen, to wit: M. A. (DOB: 2015), a minor child, to

5   engage in sexually explicit conduct for the purpose of producing visual depictions of such

6   conduct, knowing and having reason to know that such visual depiction would be

7   transported using any means and facility of interstate and foreign commerce, using

8   materials that have been mailed, shipped, and transported in and affecting interstate and

9   foreign commerce by any means, including by computer, and which visual depictions

10   include but are not limited to:

11      "IMG_20160803_203414.jpg"

12      "IMG_20160803_204217.jpg"

13      All in violation of Title 18, United States Code, Section 2251(a) and (e).

14

**COUNT 7**

15      On or about August 4, 2016, at or near Bisbee, in the District of Arizona, the

16   defendant, PAUL DOUGLAS ADAMS, did employ, use, persuade, induce, entice and

17   coerce a person under the age of eighteen, to wit: M. A. (DOB: 2015), a minor child, to

18   engage in sexually explicit conduct for the purpose of producing visual depictions of such

19   conduct, knowing and having reason to know that such visual depiction would be

20   transported using any means and facility of interstate and foreign commerce, using

21   materials that have been mailed, shipped, and transported in and affecting interstate and

22   foreign commerce by any means, including by computer, and which visual depictions

23   include but are not limited to:

24      "VID_20160803_204505.mp4"

25      "VID_20160803_204227.mp4"

26      All in violation of Title 18, United States Code, Section 2251(a) and (e).

27

28   / / /

**COUNT 8**

On or about August 22, 2016, at or near Bisbee, in the District of Arizona, the defendant, PAUL DOUGLAS ADAMS, did employ, use, persuade, induce, entice and coerce a person under the age of eighteen, to wit: M. A. (DOB: 2005), a minor child, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and which visual depictions include but are not limited to:

"IMG_20160822_005615.jpg"

"VID_20160822_005430.mp4"

"VID_20160822_011858.mp4"

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT 9**

Between on or about June 20, 2015 and on or about January 13, 2017, at or near Bisbee, in the District of Arizona, PAUL DOUGLAS ADAMS, using any means or facility of interstate or foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and depicted pre-pubescent minors engaged in such conduct, which had been shipped and transported in interstate or foreign commerce by means of computer, or otherwise, including, but not limited to files entitled:

"California Girl 5. 9%3a13.mp4"

All in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

**COUNT 10**

On or about February 8, 2017, at or near Bisbee, in the District of Arizona,  the defendant, PAUL DOUGLAS ADAMS, did knowingly possess child pornography, that is,

*United States of America v. Adams*
*Indictment Page 5 of 7*

visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and which depicted pre-pubescent minors, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, PAUL DOUGLAS ADAMS knowingly possessed on a Dell Xperion 15 laptop computer, s/n 8L9JC12, containing an Adata hard drive, s/n 5707c18100087cdb, images of child pornography, including but not limited to, the following files:

"38207CF122340323A44A390D18EA4C05BDE53508"

"3_400839552454885881.WMV"

"3_400839552454885872.mp4"

"4744fa7be768fc9f61e0499054c46e85.jpg"

"6xh5zisd.jpg"

"chair .wmv"

"Video 26-10-2015, 12 10 28 am.mp4"

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## COUNT 11

On or about February 8, 2017, at or near Bisbee, in the District of Arizona,  the defendant, PAUL DOUGLAS ADAMS, did knowingly possess child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, and which depicted pre-pubescent minors, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including computer, and which was produced using materials which had been mailed and shipped and transported in interstate and foreign commerce; that is, PAUL DOUGLAS ADAMS knowingly possessed on a Samsung Galaxy Note 3 Model SM-N900V, IMEI

1   990004365491657, images of child pornography, including but not limited to, the
2   following files:
3        "1440916651091.jpg"
4        "1440916667106.jpg"
5        "1440916649997.jpg"
6        All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and
7   (b)(2).

8

9                                    A TRUE BILL

10

11                                   _____/ S /_____
                                     Presiding Juror

12

13   ELIZABETH A. STRANGE
     Acting United States Attorney
14   District of Arizona
                                              REDACTED FOR
15                                            PUBLIC DISCLOSURE
          / S /
16   Assistant U.S. Attorney
     DATED: March 8, 2017
17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Adams*
*Indictment Page 7 of 7*