JEFFREY G. BUCHELLA
Attorney at Law
177 North Church Avenue
Suite 200
Tucson, Arizona 85701
(520) 628-7777
Jeffbuchella@gmail.com
State Bar No. 010569
Attorney for Paul Douglas Adams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | NO. **CR 17-390-RCC (BPV)** |
|---|---|
| Plaintiff, | |
| vs. | **MOTION FOR PRELIMINARY GUIDELINE REPORT** |
| PAUL DOUGLAS ADAMS, | |
| Defendant. | |

Excludable delay under 18 U.S.C. section 3161(h) may occur as a result of this motion or an order based thereon.

COMES NOW the Defendant, Paul Douglas Adams, by and through counsel undersigned, and moves this court for an order directed to U.S. Probation Services to prepare a Preliminary Guideline Report, formerly known as a "Settlement Conference Report."

The defendant is charged with multiple counts Production, Distribution, and Possession of Child Pornography, pursuant to 18 U.S.C. sections 2251 and 2252. The relevant guidelines include an array of offense level enhancements which may impact this case. An accurate assessment of the defendant's advisory guideline range will be important with regard to any possible settlement, eventual plea and sentence.

For the foregoing reasons, it is respectfully requested this court order U.S. Probation Services to prepare a Preliminary Guideline Report.

RESPECTFULLY SUBMITTED this 29th day of March, 2017.

   s/Jeffrey G. Buchella
JEFFREY G. BUCHELLA
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.