JEFFREY G. BUCHELLA
Attorney at Law
177 North Church Avenue
Suite 200
Tucson, Arizona 85701
(520) 628-7777
Jeffbuchella@gmail.com
State Bar No. 010569
Attorney for Paul Douglas Adams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | NO. **CR 17-390-RCC (BPV)** |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE TRIAL/ EXTEND DEADLINES** |
| PAUL DOUGLAS ADAMS, | **(No objection)** |
| Defendant. | |

Excludable delay under 18 U.S.C. section 3161(h) may occur as a result of this motion or an order based thereon.

COMES NOW the Defendant, Paul Douglas Adams, by and through counsel undersigned, and moves this court for an order continuing the trial in this matter, currently scheduled to begin on May 2, 2017, and extending the plea deadline, currently set on April 14, 2017, for a period of sixty (60) days. This motion is made for the following reasons:

1. The defendant is charged with multiple counts Production, Distribution, and Possession of Child Pornography, pursuant to 18 U.S.C. sections 2251 and 2252.

2. The Arraignment took place on March 24, 2017, and counsel received the preliminary disclosure by mail on or about March 20, 2017. Disclosure consists of 550 pages of text and two recorded interviews. Counsel is in the process of reviewing the disclosure and review may be complete by the week of April 17. However, counsel has not been able to open one of the interview disks and has requested a disk in a format which can be opened.

3. Counsel has filed a Motion for Preliminary Guideline Report which will be acted upon once the trial and plea dates are continued. Probation requires 30-45 days from the order to prepare and file a report. Hence filing of the report is anticipated roughly in late May.

4. Counsel cannot meaningfully discuss the case with the defendant until a review of disclosure is complete, and until some appreciation of the likely advisory guideline range is researched. In addition, it is likely that additional disclosure/ discovery will be needed and steps will need to be taken to secure such additional information.

5. Until a complete investigation of the case is completed, and until adequate legal research is conducted, the defense is not able to assess the complexity of the

issues which need to be addressed, and unable to adequately consult with the defendant.

6. This is the first requested continuance/extension. Additional continuances and extensions will be required.

7. Counsel undersigned has contacted the assigned Assistant United States Attorney, Erica Seger, who states she has no objection to a sixty-day continuance/extension.

RESPECTFULLY SUBMITTED this 3rd day of April, 2017.

                                                      s/Jeffrey G. Buchella
                                               JEFFREY G. BUCHELLA
                                               Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.