JEFFREY G. BUCHELLA
Attorney at Law
177 North Church Avenue
Suite 200
Tucson, Arizona 85701
(520) 628-7777
Jeffbuchella@gmail.com
State Bar No. 010569
Attorney for Paul Douglas Adams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. PAUL DOUGLAS ADAMS, Defendant. | NO. **CR 17-390-RCC (BPV)** **OBJECTION TO EX PARTE WARRANT** |

Excludable delay under 18 U.S.C. section 3161(h) may occur as a result of this motion or an order based thereon.

COMES NOW the Defendant, Paul Douglas Adams, by and through counsel undersigned, and files his objection to the government's Ex Parte Application and Warrant for Photographs of the Defendant.

1

On June 14, 2017 at 3:14 p.m. undersigned counsel received an e-mail from the assigned Assistant U.S. Attorney, Erica Seger, informing counsel that her office "wanted to notify you that a Search Warrant for photographs of your client's genitals will be executed on Friday, June 16, at 11:30am, at the CCA facility in Florence, Arizona." Counsel undersigned has been attorney of record for the defendant since February 9, 2017, but received no prior notice or opportunity to object to the warrant application, its issuance, or the proposed date and time of its execution. Counsel immediatley e-mailed Ms. Seger informing her that he could not be present for the proposed execution of the warrant and inquired as to when the warrant was issued, and asked for disclosure of the application and warrant. No response has been had as of the date of the filing of this objection, other than Ms. Seger's comment that the deadline for executing the warrant is apparently Friday.

Counsel undersigned has been unable to adequately research the issue, but believes such a post-indictment, post-appointment of counsel, ex parte application and execution, may violate the defendant's Fourth, Fifth and Sixth Amendment rights. The defendant therefore objections to the execution of the warrant, and submits that any results of the execution of the warrant will be illegally obtained and should be suppressed. The defendant requests the opportunity to submit legal memoranda on the issue at a later time.

RESPECTFULLY SUBMITTED this 15th day of June, 2017.

<u>s/Jeffrey G. Buchella</u>
JEFFREY G. BUCHELLA
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, including:

Erica L. Segar
Assistant U.S. Attorney
405 West Congress St., Suite 4800
Tucson, AZ  85701-5040