ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ERICA L. SEGER
Assistant United States Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress, Suite 4800
Tucson, Arizona   85701
Telephone:   (520) 620-7300
Erica.seger@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-00390-TUC-RCC (BPV) |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION TO PRESERVE TESTIMONY FOR TRIAL AND REQUEST FOR VIDEO-TAPED DEPOSITION PURSUANT TO RULE 15(a)** |
| Paul Douglas Adams, | |
| Defendant. | |

The government, by and through its attorneys, Elizabeth A. Strange, Acting United States Attorney for the District of Arizona, and Erica L. Seger, Assistant U.S. Attorney, hereby files this motion to preserve testimony for trial pursuant to Rule 15 of the Federal Rules of Criminal Procedure.   In support thereof, the following is stated:

BACKGROUND/FACTS:

Defendant Paul Douglas Adams has been charged with eight counts of production of child pornography, one count of distribution of child pornography and two counts of possession of child pornography.   (ECF Doc. 10.)   The victims of counts one to nine and eleven are M. A. (DOB 2005) and M. A. (DOB 2015).

At trial, the government intends to elicit testimony from Venancio Pinon Alcantara and Lourdes Sarmiento Alcantara regarding the identity of the above victims and the locations portrayed in the images and videos listed in counts one through eight and eleven.

Counsel for the government served both Mr. and Mrs. Alcantara with a trial subpoena on August 18, 2017 following the Court's order setting a firm trial date for November 28, 2017. At that time, Counsel was informed of a pre-paid trip both witnesses had scheduled to the Philippines, leaving California to drive to Chicago on November 22 and returning to California on January 18, 2018. Both witnesses provided their flight itinerary. The purpose of the trip is to escort Mr. Alcantara's elderly mother to the Philippines to visit family. For these reasons, the government files this motion to preserve the witnesses' testimony for trial in the form of a video deposition.

## THE LAW

Rule 15 of the Federal Rules of Criminal Procedure provides that a party may move that a prospective witness be deposed "in order to preserve testimony for trial." *See* Fed. R. Crim. Proc. 15. The rule further provides that "[t]he court may grant the motion because of exceptional circumstances and in the interest of justice." *Id.* The Ninth Circuit Court of Appeals has also acknowledged that this rule allows the government to depose its own witnesses in "exceptional circumstances," to preserve their testimony for trial. *See United States v. Medjuck*, 156 F.3d 916, 920 (9th Cir. 1998) and *United States v. Fei Ye*, 436 F.3d 1117, 1123 (9th Cir. 2006) (Stating "Rule 15 'contemplates a party taking the deposition of only his own witness,' and 'only if the witness may be unable to attend trial.'" (other citations omitted)); *United States v. Campbell*, 845 F.2d 1374, 1377 (6th Cir. 1988) (stating "[i]t is well established that the infirmity of an elderly witness which prevents him or her from traveling is an 'exceptional circumstance' which justifies the use of deposition testimony at trial." *citing*, *United States v. Keithan*, 751 F.2d 9 (1st Cir. 1984)).

In this case, Mr. and Mrs. Alcantara will be important witnesses for the government in the trial of the defendant. Their pre-paid, non-refundable trip qualifies as an exceptional circumstance that justifies the preservation of their testimony in the interests of justice. Counsel for the defendant has been provided a copy of their itinerary and objects to the government's request.

Accordingly, this court should grant the government's motion for the video deposition and to preserve the testimony of Venancio Pinon Alcantara and Lourdes Sarmiento Alcantara.

Respectfully submitted this 25th day of September, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/Erica L. Seger*

Erica L. Seger
Assistant U.S. Attorney

A copy of the foregoing has been served electronically or by other means this 25th day of September, 2017, to:

Jeffrey Buchella
Attorneys for the Defendant