JEFFREY G. BUCHELLA
Attorney at Law
177 North Church Avenue
Suite 200
Tucson, Arizona 85701
(520) 628-7777
 Jeffbuchella@gmail.com
State Bar No. 010569
Attorney for Paul Douglas Adams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR 17-390-RCC (BPV)** |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE TRIAL/ EXTEND DEADLINES** |
| PAUL DOUGLAS ADAMS, | **(Third Request)** |
| Defendant. | **(no objection)** |

Excludable delay under 18 U.S.C. section 3161(h) may occur as a result of

this motion or an order based thereon.

COMES NOW the Defendant, Paul Douglas Adams, by and through counsel

undersigned, and moves this court for an order continuing the trial in this matter,

currently scheduled to begin on November 28, 2017, and extending the plea

1

deadline, currently set on November 9, 2017, for a period of sixty (60) days. This motion is made for the following reasons:

1. The defendant is charged with multiple counts Production, Distribution, and Possession of Child Pornography, pursuant to 18 U.S.C. sections 2251 and 2252. The advisory guideline range is Life.

2. Counsel is in the process of continuing his review of the disclosure. Additional disclosure requests are necessary and independent investigation will also be needed.

3. Counsel has not adequately reviewed the disclosure or consulted with the defendant. Conferences with the defendant require approximatley one full day, inclusive of travel and related delays. Two recent attempts to meet with the defendant have been cancelled without notice because the defendant is being moved to attend other matters, including a Cochise County appearance.

4. Investigation of the case is ongoing. Consultation with a digital forensic expert will be necessary in order to evaluate certain legal issues in the case. A copy of the digital evidence in this matter has just recently been delivered to HIS Spokane for the use of the defense expert. The defense anticipates a delay into 2018 before the examination will be complete.

5. This is the third requested continuance/extension. Additional continuances and extensions may be required. At this time, the defense is requesting 60 days, as

2

there is an objection to a longer continuance. Any trial preparation will require considerable more work not mentioned herein.

6. Counsel undersigned has contacted the assigned Assistant United States Attorney, Erica Seger, who states she has no objection to the requested relief.

RESPECTFULLY SUBMITTED this 14th day of November, 2017.

  s/Jeffrey G. Buchella
JEFFREY G. BUCHELLA
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants, including:

Erica L. Segar
Assistant U.S. Attorney
405 West Congress St., Suite 4800
Tucson, AZ  85701-5040