ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
AZ State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Erica.seger@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Paul Douglas Adams,<br><br>　　　　　Defendant. | CR 17-00390-TUC-RCC (BPV)<br><br>GOVERNMENT'S REQUEST FOR DISCLOSURE<br><br>(Pursuant to Fed. R. Crim. P. 16(b)) |

Now comes the United States of America, by and through its undersigned attorneys, and hereby states that the defendant has requested disclosure under Fed. R. Crim. P. 16(a)(1), and that the government has complied with these requests and acknowledges its continuing duty to disclose.

Wherefore, the United States of America hereby requests pursuant to Fed. R. Crim. P. 16(b), that the defendant provide the government with the following:

1. <u>Documents and Tangible Objects</u>. Permit the government to inspect and copy or photograph all books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are within the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in chief at the trial. Fed. R. Crim. P. 16(b)(1)(A).

2. <u>Reports of Examinations and Tests</u>. Permit the government to inspect and copy or photograph any results or reports of physical or mental examinations and of

scientific tests or experiments made in connection with the particular case, or copies thereof, within the possession or control of the defendant, which the defendant intends to introduce as evidence in chief at the trial or which were prepared by a witness whom the defendant intends to call at the trial when the results or reports relate to that witness' testimony. Fed. R. Crim. P. 16(b)(1)(B).

3. <u>Expert Witnesses</u>. Disclosure of a written summary of testimony the defendant intends to use under Fed. R. Evid. 702, 703 and 705 at trial. This summary must describe the opinions of the witnesses, the bases and reasons therefore, and the witnesses' qualifications. Fed. R. Crim. P. 16(b)(1)(C).

4. <u>Continuing Duty to Disclose</u>. Prompt notification of the existence of additional evidence or material which is subject to discovery or inspection under Fed. R. Crim. P. 16, up to or during trial.

Respectfully submitted this 27th day of November, 2017.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Erica L. Seger*

ERICA L. SEGER
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 27th day of November, 2017, to:

Jeffrey Buchella, Esq.